UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES MCGINN, <br><br> Plaintiff, <br><br> v. <br><br> EXECUTIVE OFFICE OF ENERGY AND ENVIRONMENTAL AFFAIRS, MASSACHUSETTS ENVIRONMENTAL POLICE, SECRETARY KATHLEEN A. THEOHARIDES IN HER OFFICIAL CAPACITY, and MATTHEW A. BEATON IN HIS INDIVIDUAL CAPACITY, <br><br> Defendants. | Civil Action No. 19-CV-11551-IT |

## LOCAL RULE 16.1(d)(3) CERTIFICATION OF THE STATE DEFENDANTS

Pursuant to Local Rule 16.1(d)(3), the Executive Office of Energy and Environmental Affairs ("EEA"), the Massachusetts Environmental Police, and EEA Secretary Kathleen A. Theoharides sued in her official capacity[1] ("Secretary") (collectively, the "State Defendants"), affirm that they have conferred with counsel regarding the costs of the full course of litigation and as to the costs of alternative courses of litigation, and that they have conferred with counsel regarding resolution of this litigation through the use of alternative dispute resolution programs.

EXECUTIVE OFFICE OF ENERGY AND
ENVIRONMENTAL AFFAIRS,
MASSACHUSETTS ENVIRONMENTAL
POLICE, and SECRETARY KATHLEEN A.
THEOHARIDES IN HER OFFICIAL
CAPACITY

_____
Tori Kim, General Counsel

---

[1] Kathleen A. Theoharides succeeded Matthew A. Beaton as the Secretary of the EEA on May 3, 2019. However, none of McGinn's claims concern conduct by the current Secretary.

By their attorney,

/s/ David S. Mackey
David S. Mackey (BBO #542277)
*Special Assistant Attorney General*
ANDERSON & KREIGER LLP
50 Milk Street, 21st Floor
Boston, MA 02109
Tel: (617) 621-6531
Fax: (617) 621-6631
dmackey@andersonkreiger.com

Dated: November 18, 2019

## Certificate of Service

I hereby certify that a true copy of this document was filed through the Electronic Case Filing system, and will be served upon the attorney of record for each party registered to receive electronic service, and that a true copy of this document was served upon the attorney of record for James McGinn by mail, on this 18th day of November, 2019.

/s/ David S. Mackey
David S. Mackey